1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GOOSE RIDGE, LLC and GOOSE RIDGE VINEYARDS, LLC, | No.: |
| Plaintiff, | NOTICE OF REMOVAL |
| v. | |
| THE OHIO CASUALTY INSURANCE COMPANY, a foreign insurance company, | |
| Defendant. | |

Defendant The Ohio Casualty Insurance Company ("Ohio") hereby removes the above-captioned lawsuit to this Court pursuant to 28 U.S.C. §§ 1332(a), 1441 and 1446.

1.    On June 17, 2024, Plaintiffs Goose Ridge, LLC and Goose Ridge Vineyards, LLC filed a "Complaint for Declaratory Relief and Damages" (the "Complaint") in the state court matter captioned *Goose Ridge, LLC, et al. v. The Ohio Casualty Insurance Company*, Washington State Superior Court, King County, Case No. 24-2-13600-2 SEA (the State Court Action").

2.    Plaintiffs served a copy of the summons and Complaint on the Office of the Washington Insurance Commissioner on June 20, 2024.  The Commissioner thereafter forwarded the summons and Complaint to Ohio on June 25, 2024.  This Notice of Removal

NOTICE OF REMOVAL
NO.:

PAGE 1

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

is timely under 28 U.S.C. § 1446(b)(1) because it is being filed within 30 days after receipt by Ohio of the initial pleading setting forth the claim upon which the State Court Action is based.  *See Anderson v. State Farm Mut. Auto. Ins. Co.*, 917 F.3d 1126, 1130 (9th Cir. 2019) ("the thirty-day removal clock under 28 U.S.C. § 1446(b)(1) does not begin upon service on and receipt by a statutorily designated agent and began in this case only when [the insurer] actually received [the insured's] complaint").

3.    The State Court Action is removable because this Court has diversity jurisdiction under 28 U.S.C. § 1332(a).

4.    Complete diversity exists because neither of the Plaintiffs are citizens of the same state as Ohio.

5.    Goose Ridge, LLC is a Washington limited liability company whose members are all domiciled in the State of Washington.  Goose Ridge, LLC is therefore a citizen of the State of Washington for purposes of diversity jurisdiction.

6.    Goose Ridge Vineyards, LLC is a Washington limited liability company whose members are all domiciled in the State of Washington.  Goose Ridge Vineyards, LLC is therefore a citizen of the State of Washington for purposes of diversity jurisdiction.

7.    Ohio is a corporation organized under the laws of the State of New Hampshire with its principal place of business located at 175 Berkeley Street, Boston, Massachusetts 02116.  Ohio is therefore a citizen of the States of New Hampshire and Massachusetts for purposes of diversity jurisdiction.

8.    The amount in controversy is satisfied because Plaintiff alleges it is owed "$10 million in policy limits" from Ohio.  (Compl., ¶¶ 7.4 – 7.6).  The amount in controversy therefore exceeds the sum or value of $75,000, exclusive of interest and costs.

9.    Venue is proper in the United States District Court for the Western District of Washington because this is the district embracing the county where the State Court Action is pending.  28 U.S.C. § 1441(a).

NOTICE OF REMOVAL
NO.:

PAGE 2

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

10.    Assignment is proper to the Seattle Division because the State Court Action was filed in King County, Washington.  LCR 3(e).

11.    In accordance with 28 U.S.C. §1446(a) and LCR 101, true and correct copies of the process, pleadings, and orders, as well as all additional records and proceedings in the State Court Action accompany this Notice of Removal as Exhibit A.

12.    In accordance with 28 U.S.C. § 1446(d), Ohio will file a Notice to Plaintiff and State Court Clerk in King County Superior Court of Removal to the U.S. District Court, attached to which will be a copy of this Notice.

DATED:  July 17, 2024

BULLIVANT HOUSER BAILEY PC


By  */s/ Jared F. Kiess*
Jared F. Kiess, WSBA #54532
E-mail:  jared.kiess@bullivant.com

Attorneys for The Ohio Casualty Insurance Company

4869-3849-8763.1

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 17, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF e-filing system which will send notification of such filing to the persons listed below:

Kasey D. Huebner, WSBA #32890
Miles C. Bludorn, WSBA #54238
GORDON TILDEN THOMAS & CORDELL LLP
600 University Street, Suite 2915
Seattle, Washington 98101
khuebner@gordontilden.com
mbludorn@gordontilden.com

☐ via hand delivery.
☐ via first class mail.
☐ via email
☒ CM/ECF E-service

*Attorneys for Plaintiffs*

Dated:  July 17, 2024.

/s/ Kristin Anderson
Kristin Anderson, Legal Assistant

NOTICE OF REMOVAL
NO.:

PAGE 4

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930