HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GOOSE RIDGE, LLC and GOOSE RIDGE VINEYARDS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE OHIO CASUALTY INSURANCE COMPANY, a foreign insurance company,<br><br>Defendant. | No.: 2:24-cv-01058-MJP<br><br>STIPULATED MOTION TO EXTEND OHIO'S DEADLINE TO ANSWER OR OTHERWISE RESPOND<br><br>NOTE ON MOTION CALENDAR:<br>July 24, 2024 |

Plaintiffs Goose Ridge, LLC and Goose Ridge Vineyards, LLC (together, "Goose Ridge") and defendant The Ohio Casualty Insurance Company ("Ohio") hereby stipulate and move the court for an order relieving Ohio of the obligation to answer or otherwise respond to Goose Ridge's Complaint (Dkt. 1-2) filed in state court and allowing Ohio until 21 days after Goose Ridge files its forthcoming First Amended Complaint to answer or otherwise respond.

Goose Ridge filed the Complaint in Washington State Superior Court in and for King County on June 20, 2024. Ohio removed the case to this Court on July 17, 2024. At the time of removal, Ohio had not yet filed an answer in state court. By rule, Ohio's deadline to answer or otherwise respond to the Complaint is seven days later—on July 24, 2024. *See*

STIPULATED MOTION TO EXTEND OHIO'S DEADLINE TO ANSWER OR OTHERWISE RESPOND
NO.: 2:24-CV-01058-MJP

PAGE 1

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

Rule 81(c), Fed. R. Civ. P.  However, Goose Ridge has informed Ohio that it intends to file a First Amended Complaint in this Court.  By Rule, Goose Ridge is permitted to do so as a matter of course until 21 days after Ohio answers or responds to the Complaint.  *See* Rule 15(a)(1)(A), Fed. R. Civ. P.  Because Goose Ridge's forthcoming First Amended Complaint will supersede the original, the parties propose that, for the sake of efficiency, Ohio should not be required to answer or otherwise respond to the Complaint (Dkt. 1-2) and that Ohio should have the usual 21 days following Goose Ridge's filing of the First Amended Complaint to answer or otherwise respond.

Dated: July 24, 2024

| | |
|---|---|
| BULLIVANT HOUSER BAILEY PC | GORDON TILDEN THOMAS & CORDELL LLP |
| By */s/ Jared F. Kiess*<br>Jared F. Kiess, WSBA #54532<br>E-mail: jared.kiess@bullivant.com | By */s/ Kasey D. Huebner*<br>Kasey D. Huebner, WSBA #32890<br>E-mail: khuebner@gordontilden.com |
| Attorneys for The Ohio Casualty Insurance Company | Attorneys for Plaintiffs |

IT IS SO ORDERED.

Dated July 24, 2024

Hon. Marsha J. Pechman
United States Senior District Judge

STIPULATED MOTION TO EXTEND OHIO'S DEADLINE TO ANSWER OR OTHERWISE RESPOND
NO.: 2:24-CV-01058-MJP
PAGE 2
**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

1 | Presented by:

2 | BULLIVANT HOUSER BAILEY PC

4 | By /s/ Jared F. Kiess
Jared F. Kiess, WSBA #54532
5 | E-mail: jared.kiess@bullivant.com

6 | Attorneys for The Ohio Casualty Insurance Company

7 | 4895-4227-5795.1

STIPULATED MOTION TO EXTEND OHIO'S DEADLINE TO ANSWER OR OTHERWISE RESPOND
NO.: 2:24-CV-01058-MJP

PAGE 3

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930