HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GOOSE RIDGE, LLC and GOOSE RIDGE VINEYARDS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE OHIO CASUALTY INSURANCE COMPANY, a foreign insurance company,<br><br>Defendant. | No.: 2:24-cv-01058-MJP<br><br>STIPULATED MOTION TO EXTEND OHIO'S REPLY DEADLINE<br><br>NOTE ON MOTION CALENDAR:<br>March 18, 2025 |

Plaintiffs Goose Ridge, LLC and Goose Ridge Vineyards, LLC (together, "Goose Ridge") and defendant The Ohio Casualty Insurance Company ("Ohio") hereby stipulate and move the court for an order extending Ohio's deadline to submit its reply in support of its Motion for Partial Summary Judgment from March 18, 2025 to March 19, 2025.

DATED: March 18, 2025

| | |
|---|---|
| BULLIVANT HOUSER BAILEY PC | GORDON TILDEN THOMAS & CORDELL LLP |
| By /s/ Jared F. Kiess<br>  Jared F. Kiess, WSBA #54532<br>  E-mail: jared.kiess@bullivant.com | By /s/ Kasey D. Huebner, per email approval<br>  Kasey D. Huebner, WSBA #32890<br>  E-mail:  khuebner@gordontilden.com |
| Attorneys for Defendant | Attorneys for Plaintiffs |

STIPULATED MOTION RE REPLY DEADLINE
NO.: 2:24-CV-01058-MJP

PAGE 1

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

IT IS SO ORDERED

March 18, 2025

_____
HONORABLE MARSHA J. PECHMAN
United States District Judge

Presented by:

BULLIVANT HOUSER BAILEY PC

By */s/ Jared F. Kiess*
   Jared F. Kiess, WSBA #54532
   E-mail: jared.kiess@bullivant.com

Attorneys for Defendant The Ohio Casualty Insurance Company

4925-3098-9099.1

STIPULATED MOTION RE REPLY DEADLINE
NO.: 2:24-CV-01058-MJP

PAGE 2

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930