UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GOOSE RIDGE, LLC and GOOSE RIDGE VINEYARDS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>THE OHIO CASUALTY INSURANCE COMPANY,<br><br>Defendant. | CASE NO. C24-1058 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

Having reviewed Defendant's Motion for Reconsideration, the Court requests Plaintiffs file a response of no more than 2,100 words by no later than June 11, 2025. No reply shall be filed.

\\

\\

MINUTE ORDER - 1

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Filed June 4, 2025.

```
                                Ravi Subramanian
                                Clerk of Court

                                s/ Alejandro Pasaye Hernandez
                                Deputy Clerk
```

MINUTE ORDER - 2