UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GOOSE RIDGE, LLC and GOOSE RIDGE VINEYARDS, LLC,<br><br>     Plaintiffs,<br><br>  v.<br><br>THE OHIO CASUALTY INSURANCE COMPANY,<br><br>     Defendant. | CASE NO. C24-1058 MJP<br><br>ORDER DENYING STIPULATED MOTION TO EXTEND |

This matter comes before the Court on the Parties' Stipulated Motion to Extend the Discovery Deadline. (Dkt. No. 44.) Having reviewed the Joint Motion and all supporting materials, the Court DENIES the Motion.

Rule 16(b)(4) states that "a schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). "Rule 16(b)'s 'good cause' standard primarily considers the diligence of the party seeking the amendment." Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609 (9th Cir. 1992). "[T]he focus of the inquiry is upon the moving party's

ORDER DENYING STIPULATED MOTION TO EXTEND - 1

reasons for seeking modification" and "[i]f that party was not diligent, the inquiry should end." Id. (citation omitted).

The Parties have not demonstrated good cause to extend the discovery deadline from June 20 to July 21, 2025. The Parties argue that Ohio Casualty's Motion for Partial Summary Judgment "presented . . . a threshold question as to [what] . . . standard of causation . . . applies" and that the Court's May 19th Order "appears to have identified such a standard." (Mot. at 2.) The Parties also argue that the Court's Order "also identified various questions of fact to which the Parties intend to direct additional discovery." (Id.) Absent from the Motion is any evidence as to what the Parties did to develop the facts relevant to the claims at issue before requesting additional time. They have not explained what discovery they need to conduct, why it could not have been completed earlier, and why it cannot be completed within the time remaining before the discovery cut-off. The Court DENIES the Motion. The Court's denial is without prejudice to a renewed motion that addresses the Court's concerns and demonstrates good cause.

The clerk is ordered to provide copies of this order to all counsel.

Dated June 10, 2025.

Marsha J. Pechman
United States Senior District Judge