Hon. Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| GOOSE RIDGE, LLC and GOOSE RIDGE VINEYARDS, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE OHIO CASUALTY INSURANCE COMPANY, a foreign insurance company,<br><br>    Defendant. | NO. 2:24-cv-01058-MJP<br><br>[PROPOSED] ORDER ON STIPULATED MOTION TO MODIFY DEADLINE FOR FILING OF MOTIONS IN LIMINE |

THIS MATTER came before the Court on the parties' Stipulated Motion to Modify Deadline for Filing of Motions in Limine.  The Court, being familiar with the records and files herein, and being otherwise fully advised, hereby GRANTS the Motion as follows:

The parties have shown good cause to modify the deadline for the filing of motions in limine.  The deadline to file motions in limine is changed from October 14, 2025 to October 21, 2025. The deadline to file responses to motions in limine remains October 31, 2025.

IT IS SO ORDERED.

ORDER ON STIPULATED MOTION TO MODIFY
DEADLINE FOR FILING OF MOTIONS IN LIMINE - 1
NO. 2:24-CV-01058-MJP

GORDON TILDEN THOMAS CORDELL

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

DATED this 7th day of October, 2025.

*Marsha J. Pechman*
Marsha J. Pechman
U.S. Senior District Judge

ORDER ON STIPULATED MOTION TO MODIFY
DEADLINE FOR FILING OF MOTIONS IN LIMINE - 2
NO. 2:24-CV-01058-MJP

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477