Hon. Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| GOOSE RIDGE, LLC and GOOSE RIDGE VINEYARDS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> THE OHIO CASUALTY INSURANCE COMPANY, a foreign insurance company, <br><br> Defendant. | NO. 2:24-cv-01058-MJP <br><br> NOTICE OF SETTLEMENT |

Pursuant to LCR 11, Plaintiffs Goose Ridge, LLC and Goose Ridge Vineyards, LLC ("Goose Ridge") and Defendant The Ohio Casualty Insurance Company ("Ohio Casualty") hereby advise the Court that a settlement has been reached between Goose Ridge and Ohio Casualty.

Counsel for the parties are currently drafting settlement documents. As soon as such documents are executed and the settlement is otherwise finalized, Goose Ridge and Ohio Casualty will file a stipulated notice of voluntary dismissal. The parties respectfully request that 60 days be allowed for them to do so, and that all case schedule deadlines be vacated.

NOTICE OF SETTLEMENT - 1
NO. 2:24-CV-01058-MJP

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

DATED this 10th day of October, 2025.

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Plaintiffs

By    *s/ Kasey D. Huebner*
Kasey D. Huebner, WSBA #32890
Miles Bludorn, WSBA #54238
600 University Street, Suite 2915
Seattle, Washington 98101
206.467.6477
khuebner@gordontilden.com
mbludorn@gordontilden.com

NOTICE OF SETTLEMENT - 2
NO. 2:24-CV-01058-MJP

GORDON TILDEN THOMAS CORDELL | 600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477