UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GOOSE RIDGE, LLC and GOOSE RIDGE VINEYARDS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>THE OHIO CASUALTY INSURANCE COMPANY,<br><br>Defendant. | CASE NO. C24-1058 MJP<br><br>ORDER OF DISMISSAL |

Having been notified of the settlement of this case, and it appearing that no issue remains for the Court's determination, the Court ORDERS that this action and all claims asserted herein be DISMISSED with prejudice and without costs to any party.

In the event that the settlement is not perfected, any party may move to reopen the case, provided that such motion is filed within sixty (60) days of the date of this order. Any trial date and pretrial dates previously set are hereby VACATED.

\\

ORDER OF DISMISSAL - 1

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Dated October 10, 2025.

*[signature]*

Marsha J. Pechman
United States Senior District Judge