UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GOOSE RIDGE, LLC, et al., | CASE NO. C24-1058-KKE |
| Plaintiff(s), | ORDER OF DISMISSAL |
| v. | |
| THE OHIO CASUALTY INSURANCE COMPANY, | |
| Defendant(s). | |

The Court GRANTS the parties' stipulated motion. Dkt. No. 58. The Court ORDERS that all claims that were or could have been asserted by the parties in this matter are DISMISSED WITH PREJUDICE, and that each party shall bear its own costs and fees incurred.

Dated this 9th day of March, 2026.

Kymberly K. Evanson
United States District Judge

ORDER OF DISMISSAL - 1